IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKY G. JOURNEY, | |
| Petitioner, | **8:20CV435** |
| vs. | |
| STATE OF NEBRASKA, | **ORDER** |
| Respondent. | |

Petitioner has failed to comply with the court's order (Filing 6). Accordingly,

IT IS ORDERED that this matter is dismissed without prejudice.

Dated this 7th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge